**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 24-13326
DAVID SCHULZE                         :
    Debtor.                           : Chapter 13

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that the Notice of Continued Section 341 Meeting for December 17, 2024 @2PM via Zoom was served November 17, 2024 by First Class, U.S. Mail and/or e-filing upon all known creditors and the Ch. 13 and US Trustee.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire