UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| David M. Schulze | Bankruptcy No.24-13326-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of February, 2025, by first class mail upon those listed below:

David M. Schulze
105 Gloucester Court
Downingtown, PA  19335

**Electronically via CM/ECF System Only:**

TIMOTHY ZEARFOSS  ESQ
UNIT G117
1601 SPRING GARDEN STREET
PHILADELPHIA, PA  19130

/s/ *Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee