United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13326-amc |
| David M. Schulze | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

**Recip ID             Recipient Name and Address**
db                    + David M. Schulze, 105 Gloucester Court, Downingtown, PA 19335-1120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name                     Email Address**

DENISE ELIZABETH CARLON
                    on behalf of Creditor WEICHERT FINANCIAL SERVICES bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
                    on behalf of Creditor WEICHERT FINANCIAL SERVICES bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor USAA Federal Savings Bank rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

TIMOTHY ZEARFOSS
                    on behalf of Debtor David M. Schulze tzearfoss@aol.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                         User: admin                              Page 2 of 2
Date Rcvd: Jun 13, 2025                      Form ID: pdf900                          Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  David M. Schulze | | CHAPTER 13 |
| | Debtor(s) | |
| Weichert Financial Services | | |
| | Movant | |
| vs. | | |
| | | NO. 24-13326 AMC |
| David M. Schulze | | |
| | Debtor(s) | |
| Stacy L. Schulze | | |
| | Co-Debtor(s) | |
| | | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman | | |
| | Trustee | |

## ORDER

AND NOW, this  **13th** day of  **June**        , 2025 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, an is modified with respect to the subject premises located at 105 Gloucester Court aka 105 Glouchester Ct, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan, United States Bankruptcy Judge.