United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13326-amc |
| David M. Schulze | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Schulze, 105 Gloucester Court, Downingtown, PA 19335-1120 |
| 14950141 | + | Mortgage Access Corp. D/b/a Weichert Financial Ser, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14931576 | + | WEICHERT FINANCIAL SERVICES, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14986162 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2025 00:20:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14927903 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 31 2025 00:15:00 | WEICHERT FINANCIAL SERVICES, 1 CORPORATE DRIVE, STE. 360, Lake Zurich, IL 60047 |
| 14927902 | ^ | MEBN | Jul 31 2025 00:13:50 | KML LAW GROUP P.C., 701 MARKET ST, STE 5000, Philadelphia, PA 19106-1541 |
| 14944109 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:20:50 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14947405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2025 00:32:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14933722 | + | Email/Text: RASEBN@raslg.com | Jul 31 2025 00:15:00 | USAA FEDERAL SAVINGS BANK, c/o Robertson, Anschutz, Schneid & Crane, 13010 Morris Rd. Suite 450, Alpharetta, GA 30004-2001 |
| 14931437 | ^ | MEBN | Jul 31 2025 00:13:49 | Weichert Financial Services, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14986356 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 12 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor WEICHERT FINANCIAL SERVICES bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
     on behalf of Creditor WEICHERT FINANCIAL SERVICES bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
     on behalf of Creditor USAA Federal Savings Bank rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

TIMOTHY ZEARFOSS
     on behalf of Debtor David M. Schulze tzearfoss@aol.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| David M. Schulze, | : | |
| Debtor(s) | : | Bky. No. 24-13326-AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 30, 2025

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE