**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 24-13326 |
| DAVID M. SCHULZE | : |
| Debtor. | : Chapter 13 |

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on July 30, 2025, true and correct copies of the Notice of Filing for Allowance of Compensation pursuant to L.B.R. 2016-2 were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 8/20/25                              /s/Timothy Zearfoss
                                           Timothy Zearfoss, Esquire
                                           Unit G117
                                           1601 Spring Garden St.
                                           Phila. PA 19130
                                           (610)734-7001