**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 24-13326 |
| DAVID M. SCHULZE | : |
| Debtor. | : Chapter 13 |

**O R D E R**

AND NOW, this ___25th___ day of ___August___, 2025, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED and DECREED, that compensation be paid to the applicant in the amount of $3025.00, for total compensation of $4725.00, in the above-captioned matter.

BY THE COURT:

_____
                                        J.