| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13326-AMC

David M. Schulze
105 Gloucester Court
Downingtown  PA    19335

Petition Filed Date: 09/18/2024
341 Hearing Date: 11/08/2024
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/30/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/20/2024 | $226.99 | | 12/26/2024 | $226.99 | | 01/23/2025 | $449.01 | |
| 02/26/2025 | $226.99 | | 03/31/2025 | $397.99 | | 05/15/2025 | $262.99 | |

**Total Receipts for the Period:  $1,790.96    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,790.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | TIMOTHY ZEARFOSS  ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | USAA FEDERAL SAVINGS BANK<br>»»  001 | Secured Creditors | $20,307.89 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $2,743.36 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $2,496.26 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $445.82 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $2,330.00 | $0.00 | $0.00 |
| 6 | WEICHERT FINANCIAL SERVICES<br>»»  006 | Mortgage Arrears | $48,695.33 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13326-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,790.96 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $151.98 | Total Plan Base: | $34,808.45 |
| Funds on Hand: | $1,638.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.